SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 NOV 13 PM 4:39
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JACK EDWARD LEE,<br>Defendant. | 8:19CR353<br>INDICTMENT<br>18 U.S.C. § 2252(a)(1)&(b)(1)<br>18 U.S.C. § 2252(a)(4)(B)&(b)(2) |

The Grand Jury charges that

COUNT I

On or about November 27, 2018, in the District of Nebraska, JACK EDWARD LEE, the defendant herein, did knowingly transport and ship, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, including by computer, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(1) and (b)(1).

COUNT II

On or about ~~December 19, 2018~~ May 9, 2019, KLC 11/12/19, in the District of Nebraska, defendant JACK EDWARD LEE, did knowingly possess at least one matter which contained a visual depiction, the production of which visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by

computer, and was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

Kelli L. Ceraolo
Assistant U.S. Attorney